IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAMES REGINALD YOUNG,

    Petitioner,

v.                                                   CASE NO. 1:07-cv-00099-MP-AK

STATE OF FLORIDA,

    Respondent.

_____/

## REPORT AND RECOMMENDATION

This matter is before the Court on Doc. 1, Petition for Writ of Habeas Corpus, filed by James Reginald Young. Petitioner has paid the filing fee. Petitioner is presently in the custody of federal authorities and is no longer "in custody pursuant to the judgment of a State court...." 28 U.S.C. § 2254(a). By his own admission, he completed the state court sentence before he was taken into federal custody, which was "established on 8-28-04." *United States v. Young*, Cause No. 1:94cr1036-MMP (N.D. Fla.), at Doc. 112. Thus, for that reason alone, he is not entitled to § 2254 relief.

Importantly, though, is the fact that Petitioner has previously challenged the 1995 conviction underlying the instant petition. *Young v. Moore*, Cause No. 1:99Cv259-MMP (N.D. Fla.). That case was dismissed with prejudice as being untimely. *Id*. at Docs. 9-11. The instant petition therefore is second or successive, and Petitioner must seek leave of the United States

Court of Appeals for the Eleventh Circuit for permission to file the instant case.  28 U.S.C. § 2244(3)(A).

In light of the foregoing, it is respectfully **RECOMMENDED** that the petition for writ of habeas corpus, Doc. 1, be **DENIED**, and this cause be **DISMISSED**.

**IN CHAMBERS** at Gainesville, Florida, this 9th  day of July, 2007.


*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**